IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                            NO. 4:12CR00041-02-JLH

BOB SAM CASTLEMAN                                           DEFENDANT

### ORDER

Bob Sam Castleman has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The Court directs the United States to file a response on or before December 2, 2016. If Castleman wishes to file a reply, his reply will be due no later than seventeen days after the United States files its response.

IT IS SO ORDERED this 4th day of November, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE