IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                               4:12-CR-00041-02-JM

BOB SAM CASTLEMAN

## ORDER

For the reasons set out below, Defendant's Motion for Compassionate Release (Doc. No. 449) is DENIED.

On December 18, 2013, a jury convicted Defendant of conspiracy to manufacture methamphetamine, maintaining a drug premises, and conspiracy to possess chemicals and equipment to manufacture methamphetamine.[1] He was sentenced to 480 months in prison.[2]

Defendant seeks compassionate release because of numerous health conditions. However, his health conditions appear to be simply the result of the aging process and not "extraordinary and compelling" reasons warranting relief. Additionally, the Court must consider the § 3553(a) factors – specifically the need for the sentence to reflect the severity of the offense. Judge Holmes's summation at sentencing sums it up best:

> [W]hile awaiting trial, according to the finding that I have made here by a preponderance of the evidence, [Defendant] murdered the most significant witness that would have testified against him and his son . . . I mean, you can't simultaneously say that Mr. Castleman committed a murder of a material witness in a federal prosecution and then impose a sentence less than 40 years.[3]

IT IS SO ORDERED, this 30th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 290.

[2] Doc. No. 359.

[3] Doc. No. 377.